AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br>**DREW COLLIN IMPARATO**<br><br>*Defendant(s)* | )<br>)<br>)  Case No. 1:19-MJ-135<br>)<br>)  **UNDER SEAL**<br>) |

MAR 2 1 2019

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 24, 2018__ in the county of __Arlington__ in the __Eastern__ District of __Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2423(b) | Knowingly Traveled Interstate with the Intent to Engage in Illicit Sexual Conduct, Specifically Oral and Anal Sex with a Thirteen (13) Year Old Child |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

Reviewed by AUSA/SAUSA:
Whitney D. Russell

*Complainant's signature*
Special Agent Laura Calvillo, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 3/21/19

City and state: Alexandria, Virginia

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Judge's signature*

Hon. Michael S. Nachmanoff, U.S. Magistrate Judge
*Printed name and title*