IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| United States of America | |
| v. | Case No. 1:19MJ135 |
| DREW IMPARATO, | |
| Defendant. | |

MAR 21 2019

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Laura R. Calvillo, a Special Agent of the Federal Bureau of Investigation, being duly sworn, depose and state:

### INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March of 2016. I am currently assigned to the Washington Field Office, Northern Virginia Resident Agency. Prior to joining the FBI, I was a Special Agent for the U.S. Army Criminal Investigation Division, and assigned to investigate violations of federal law to include violations involving child pornography and the sexual exploitation of children. Currently, as an FBI Special Agent, I investigate federal violations concerning kidnapping, child pornography, the sexual exploitation of children, human trafficking, and related offenses. I have gained experience through training and work related to conducting these types of investigations.

2. This Affidavit is made in support of a criminal complaint and arrest warrant charging DREW IMPARATO ("IMPARATO") with knowingly traveling in interstate commerce with the intent to engage in illicit sexual conduct, specifically oral and anal sex with a purported 13 year old child, in violation of 18 U.S.C. § 2423(b).

1

3. The information in this Affidavit is based on my investigation, training, knowledge, and experience, and through information that has been related to me through data, reports and other officers or agents involved in this investigation and related subject area.

4. This Affidavit contains information necessary to support probable cause that IMPARATO committed the charged offense. It is not intended to include each and every fact and matter observed by me, other law enforcement officers, or known to the government. Additionally, unless otherwise noted, wherever in this Affidavit I assert that a statement was made by an individual, that statement is described in substance and in part, and is not intended to be a verbatim recitation of the entire statement.

## RELEVANT FEDERAL CRIMINAL STATUTES

5. Title 18, United States Code, Section 2252(a) in pertinent part prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing or accessing with intent to view any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer or mail.

6. Title 18, United States Code, Section 2423(b) prohibits a person from traveling in interstate commerce with a motivating purpose of engaging in any illicit sexual conduct with another person.

7. Title 18, United States Code, Section 2422(a) prohibits a person from knowingly persuading, inducing, enticing, or coercing any individual to travel in interstate or foreign commerce to engage in prostitution or in any sexual activity for which any person can be charged with a criminal offense. Section 2422(a) prohibits attempts to engage in such conduct as well. Title 18, United States Code, Section 371 prohibits conspiracies to engage in such conduct.

8. Title 18, United States Code, Section 2251(a) prohibits a person from employing, using, persuading, inducing, enticing or coercing any minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct. For purposes of this Affidavit, "visual depiction[s] of minors engaging in sexually explicit conduct," will be referred to as "child pornography."

## SUMMARY OF PROBABLE CAUSE

9. In February 2019, a joint investigation initiated by the Arlington County Police Department ("ACPD") and the FBI revealed that IMPARATO was involved in numerous online activities relating to child pornography and that IMPARATO had traveled from Virginia to Maryland to engage in sexual activity with a minor.

10. Specifically, on February 13, 2019, Marymount University Campus Security ("MUCS") reported that two Marymount University students discovered a flash drive on the ground in the stairwell of Berg Hall, a dormitory at Marymount University. The two students, hereinafter referred to as Cooperating Witness 1 ("CW 1") and Cooperating Witness 2 ("CW 2"), took the flash drive to their dormitory room in Berg Hall and plugged it into a computer in an attempt to identify the owner of the flash drive. When CW 1 and CW 2 looked at the files on the flash drive, they found multiple videos and images of what they believed was child pornography.

11. CW 1 and CW 2 took the flash drive to MUCS and described what they found on the flash drive. MUCS took possession of the flash drive but did not attempt to view the contents. MUCS then notified ACPD of the flash drive containing suspected child pornography. An ACPD officer responded to Marymount University and collected the flash drive, a black SanDisk Cruzer USB flash drive, 65 GB, to be entered into evidence at ACPD.

12. CW 1 provided a written statement to law enforcement stating that CW 1 plugged the flash drive into CW 1's computer and saw child pornography.

13. CW 2 provided a written statement to law enforcement stating that CW 2 viewed the contents on the flash drive and that it had "graphic content of underage children." Additionally, CW 2's statement explained that CW 2 and others had a conversation with IMPARATO in which IMPARATO was asked if the flash drive belonged to him. CW 2's statement reports that IMPARATO initially denied being the owner of the flash drive during this conversation, but then made a statement confirming that the flash drive belonged to him. IMPARATO informed CW 2 and others present that he had been searching for the flash drive and that he was scared about losing the flash drive. According to CW 2's statement, IMPARATO also told CW 2 and others that the images and videos on the flash drive were not for his viewing and that he was selling the content to make money.

14. A few of the other individuals present for the above-described conversation with IMPARATO also provided written statements to law enforcement. Cooperating Witness 3 ("CW 3") provided a written statement to law enforcement stating that CW 3 was present when IMPARATO said the flash drive belonged to him and that IMPARATO asked the group not to tell anyone. Cooperating Witness 4 ("CW 4") provided a written statement to law enforcement stating that CW 4 heard IMPARATO admit that he owned the flash drive. Cooperating Witness 5 ("CW 5") provided a written statement to law enforcement stating that CW 5 heard IMPARATO acknowledge that the flash drive belonged to him. CW 5's statement also reports that, after this conversation, IMPARATO sent a private message to CW 5 relating that IMPARATO was scared and that he thought he dropped the flash drive in the subway. According to CW 5, during another in-person conversation, IMPARATO insisted to CW 5 that he was not a creep and that he just

needed the money. CW 5's written statement also alleges that IMPARATO was worried the flash drive would be traced back to him, and that IMPARATO wiped a black external hard drive that contained more child-pornography-related content. Cooperating Witness 6 ("CW 6") provided a written statement to law enforcement stating that CW 6 was present when IMPARATO confessed that the flash drive belonged to him. According to CW 6's statement, IMPARATO related that he found the child pornography files on the dark web and was intending to distribute the material. After the cooperating witnesses had this encounter with IMPARATO, MUCS was notified of IMPARATO's statements.

15. On February 14, 2019, ACPD responded to Marymount University after receiving a report that an individual was threatening to commit suicide. MUCS advised a responding ACPD officer that IMPARATO was the individual threatening to commit suicide. MUCS also advised an ACPD officer that IMPARATO had texted a friend a picture of a pill bottle and a message about killing himself after he had admitted that the flash drive belonged to him.

16. An ACPD officer made contact with IMPARATO in his dormitory room in Berg Hall and asked IMPARATO why he was not feeling well. IMPARATO replied that he made a mistake and then elaborated that it was about a flash drive containing child pornography. The officer asked if the flash drive was the only device in which he kept child pornography, and IMPARATO described how he downloaded the child pornography onto his computer, transferred it to a flash drive, and then deleted the items from his computer. IMPARATO told the ACPD officer that he obtained the child pornography through a specific site on the dark web. IMPARATO also stated that he sometimes purchased the child pornography and that other times he downloaded it for free. IMPARATO told the ACPD officer that it was obvious that the individuals depicted in the child pornography were underage.

5

17. On February 14, 2019, ACPD obtained a warrant to search IMPARATO's dormitory room, where he lived by himself. The search warrant authorized the seizure of electronic devices. The following items were seized:

   a. A Silver MacBook Pro, Model A1706, S/N: C02WK5A5HV2L;

   b. A My Passport, Western Digital external hard drive, S/N: WXM1EC74Y027;

   c. A Silver SanDisk flash drive, 128 GB, SDDDC2; and

   d. A Black Apple iPhone, Model A1901, S/N: G6TW1L8VJCL8

18. On February 28, 2019, IMPARATO voluntarily appeared at the ACPD's office with an attorney and agreed to be interviewed with his attorney present in the interview room. During the interview, IMPARATO admitted to downloading and viewing child pornography from the dark web, receiving and distributing child pornography via Kik, and purchasing child pornography from a user on Kik.[1] IMPARATO also admitted to traveling from the Ballston Washington Metro station in Virginia to the Landover Washington Metro station in Maryland and then engaging in anal and oral sex with a purported thirteen-year-old male[2] ("MINOR VICTIM 1") in Maryland who he had met on Kik.

19. On February 28, 2019, MINOR VICTIM 1 was forensically interviewed. MINOR VICTIM 1 told the interviewer that a man he met on Kik came to see him at his residence in Landover, Maryland. MINOR VICTIM 1 reported that he had to meet the man outside because he was late arriving to his home and MINOR VICTIM 1's adult cousin had come home to watch

---

[1] "Kik" refers to Kik messenger, a free mobile application that permits users to send text messages and other content, including videos and images. Kik also allows members to create groups that allow users to communicate as a group and send pictures and videos.

[2] MINOR VICTIM 1 has been identified and though he told IMPARATO that he was 13, MINOR VICTIM 1 was actually 12 years old at the time of the offense.

6

MINOR VICTIM 1. During the forensic interview, MINOR VICTIM 1 did not want to discuss anything that occurred after MINOR VICTIM 1 met the man outside. When shown a picture of IMPARATO during the interview, MINOR VICTIM 1 identified him as the man that traveled to MINOR VICTIM 1's home in Maryland.

## **FORENSIC ANALYSIS OF DEVICES SEIZED FROM IMPARATO**

20. A forensic review of the devices provided additional relevant information that corroborated IMPARATO's accounts of downloading and viewing child pornography, receiving and distributing child pornography, and traveling in interstate commerce to meet MINOR VICTIM 1 for anal and oral sex.

21. A review of the Apple iPhone belonging to IMPARATO revealed a Kik conversation between IMPARATO and MINOR VICTIM 1. IMPARATO's Kik user name was "drew1519" with a display name of "Drew I". The Kik conversation between IMPARATO and MINOR VICTIM 1 was initiated October 24, 2018. The initiation of the conversation is detailed below:

IMPARATO: Hi

IMPARATO: I'm in DC

MINOR VICTIM 1: Heyy[3]

MINOR VICTIM 1: I'm in MD

IMPARATO: Cool

IMPARATO: How old are you and what age are you looking for

MINOR VICTIM 1: I'm 13 I'm looking for 13-18

---

[3] All text abbreviations and typographical errors included in quoted text language are original.

7

IMPARATO: I'm 18

MINOR VICTIM 1: Ok

22.	IMPARATO and MINOR VICTIM 1 continued to communicate. IMPARATO and MINOR VICTIM 1 exchanged images of their faces at the suggestion of IMPARATO. After MINOR VICTIM 1 sent IMPARATO an image depicting his face, the conversation continued as follows:

IMPARATO: Nice

IMPARATO: Where I Maryland are you

IMPARATO: Your cute too

MINOR VICTIM 1: Landover

IMPARATO: That's not far

MINOR VICTIM 1: You drive?

IMPARATO: Sadly no

IMPARATO: Hope that's not a turn off

MINOR VICTIM 1: No

IMPARATO: Would you want to meet up

MINOR VICTIM 1: I mean I don't drive either soo I would know where to meet up

IMPARATO: Are you ever home alone I could take the metro then Uber

MINOR VICTIM 1: I am now

MINOR VICTIM 1: If come it would have to me before 4 or 5 o'clock

MINOR VICTIM 1: *You

IMPARATO: I'm actually in college in VA but it's by the metro

IMPARATO: What time does your family get home

MINOR VICTIM 1: 6 but 4 and 5 to make sure

IMPARATO: I think I could make it would you want me to come

MINOR VICTIM 1: Yeaa

IMPARATO: Okay what's your address btw my number is 2023554707

IMPARATO: You okay

MINOR VICTIM 1: Yeaa sending you the address now

MINOR VICTIM 1: [Number and Street name redacted]

    Hyattsville, MD 20785

    United States

IMPARATO: I'll be there by 5ish

MINOR VICTIM 1: Ok be on time please

IMPARATO: I will

IMPARATO: Can't wait to see you

MINOR VICTIM 1: You too

IMPARATO: So what do you like blowjobs, anal

MINOR VICTIM 1: Anal and blowjobs

IMPARATO: Ok

IMPARATO: Cool

IMPARATO: Wanna my make this long term

MINOR VICTIM 1: Yea

IMPARATO: Cool

IMPARATO: Ok

IMPARATO: Sorry for all the questions

9

MINOR VICTIM 1: Your fine

IMPARATO: Should be about an hour and 15 min

MINOR VICTIM 1: Ok

IMPARATO: Do you like making out just curious it's okay if you don't

MINOR VICTIM 1: Yea sometimes when I'm in the mood

IMPARATO: Ok understandable

IMPARATO: I'm getting on the train you might not be able to talk me for a little. I text you when I get close

MINOR VICTIM 1: Kk

IMPARATO: Are you in walking distance of the metro

IMPARATO: You would have to get off on landover station that's is 21 min

IMPARATO: Okay I'll take Uber when I get to Landover station

MINOR VICTIM 1: Ok

IMPARATO: So do you want me to fuck your or you to fuck me or both

MINOR VICTIM 1: Both

IMPARATO: Ok

MINOR VICTIM 1: So when you come into the complex your going to turn left then go all the way down then turn right and go all the way down it's the first build you see

IMPARATO: Ok

IMPARATO: You should ask your parent(s) when they will be gone just to be safe

IMPARATO: I'm like half way there

MINOR VICTIM 1: Ok my parents said a hour

IMPARATO: From now

MINOR VICTIM 1: Yes

IMPARATO: That cuts it close

MINOR VICTIM 1: You'll be fine

IMPARATO: Ok

       I'm at Landover

MINOR VICTIM 1: You taking the Uber now

IMPARATO: Yes

IMPARATO: How much time do we have

MINOR VICTIM 1: 30

IMPARATO: Ok what happens if we get caught

MINOR VICTIM 1: No where not

IMPARATO: Ok

MINOR VICTIM 1: You here

IMPARATO: It's taking so long the Uber's not here

IMPARATO: One minute

IMPARATO: Is there any way to keep them out longer

IMPARATO: You good

MINOR VICTIM 1: Yea

IMPARATO: Do you have a friends place we could go to if I don't make it

IMPARATO: I'm gonna be there though

IMPARATO: Do you have a plan

MINOR VICTIM 1: Your ok

IMPARATO: Ok

MINOR VICTIM 1: I will handle it

IMPARATO: Ok I'm about to get into the Uber because you know if I get caught I could go to jail I'm 18. But I know you will handle it

IMPARATO: Ok

23. IMPARATO continued to communicate with MINOR VICTIM 1 about his arrival, and they coordinated where to meet. MINOR VICTIM 1 described what he was wearing for IMPARATO and said he was by the playground. There was a pause in the conversation for approximately 18 minutes, after which the conversation resumed as follows:

IMPARATO: Hope that was ok let me know when ever you home alone so we can do more

IMPARATO: If you want

IMPARATO: I'll send you some pics later if you want

IMPARATO: Was I ok

MINOR VICTIM 1: Yea

IMPARATO: I kinda like you have a good personality. Sorry if I'm bugging you

IMPARATO: So would you want to do more when we have more time

IMPARATO: Anyways sorry to bother you

IMPARATO: Am I annoying you

24. The conversation continued as follows on October 25, 2018:

IMPARATO: Hi

MINOR VICTIM 1: Hi

IMPARATO: So when we have more time would you want to do more

IMPARATO: Just wondering

MINOR VICTIM 1: I know can't talk rn

12

25. IMPARATO continued to make attempts to communicate with MINOR VICTIM 1, and on October 29, 2018, MINOR VICTIM 1 responded. The conversation continued as follows:

IMPARATO: Hi

MINOR VICTIM 1: Hi

IMPARATO: Wyd[4]

MINOR VICTIM 1: I'm the house

MINOR VICTIM 1: Wyd

IMPARATO: Just relaxing

IMPARATO: Would you want to do anything this week

MINOR VICTIM 1: My parents don't come in till eight today

IMPARATO: Want me to come

MINOR VICTIM 1: I guess you can

IMPARATO: Ok would you mind

IMPARATO: I can be there soon if you want

MINOR VICTIM 1: Ok about what time

IMPARATO: 1.5 hours

MINOR VICTIM 1: Kk

IMPARATO: Ok I'm leaving now btw could we trade numbers

MINOR VICTIM 1: Don't have number srry

IMPARATO: Ok see you soon

IMPARATO: How long can I stay today

---

[4] Based on my training and experience, I understand that "WYD" is frequently used in chats as shorthand for "What're you doing?"

13

MINOR VICTIM 1: Maybe 30 mins or so

IMPARATO: Ok

IMPARATO: Can we do it inside this time

MINOR VICTIM 1: Ok

IMPARATO: Thanks so much

IMPARATO: Should be there by 5ish

MINOR VICTIM 1: Ok

IMPARATO: It should be 6 sorry but you said we have time right

MINOR VICTIM 1: Noo

IMPARATO: What

IMPARATO: I'm already on my way

MINOR VICTIM 1: By 6 it will bee too late

IMPARATO: What time do they get back

MINOR VICTIM 1: They will

Be here by 730

IMPARATO: Ok I'll stay for an half hour to 45 min

IMPARATO: Please does this work

MINOR VICTIM 1: Idk because it would be risky like last time

IMPARATO: We'll have time I promise

IMPARATO: It shouldn't be to long

IMPARATO: Please I'm half way

MINOR VICTIM 1: Ok

IMPARATO: Thanks

IMPARATO: Almost there

MINOR VICTIM 1: Ok

MINOR VICTIM 1: [Sent a video depicting an erect penis and a hand masturbating the erect penis]

26. IMPARATO requested the building number from MINOR VICTIM 1, and IMPARATO told MINOR VICTIM 1 that he was about 8 minutes away.

IMPARATO: Ok see you very soon I'll meet we by the playground

MINOR VICTIM 1: My parents are here srry I you

IMPARATO: Damn

MINOR VICTIM 1: I told you that they be here

IMPARATO: I'm in the Uber

IMPARATO: What do I do

MINOR VICTIM 1: Idk go back

27. That last message was sent on October 29, 2018. IMPARATO continued to attempt to contact MINOR VICTIM 1, but MINOR VICTIM 1 did not respond. IMPARATO attempted to contact MINOR VICTIM 1 via Kik as recently as February 3, 2019.

28. On October 20, 2018, IMPARATO communicated with a Kik user, hereinafter KIK USER 1, and they discussed having sex with children. KIK USER 1 sent IMPARATO a close up image depicting the anus of a prepubescent child with an adult's hands holding the buttocks of the child. IMPARATO replied, "Hot" in reaction to the image. IMPARATO told KIK USER 1 he was into children aged "6+", and he later stated:

IMPARATO: I want this

KIK USER 1: U want what. Tell me

IMPARATO: To sex have with a kid

IMPARATO: Fuck a kid

29. IMPARATO and KIK USER 1 continue to discuss having sex with children, and IMPARATO stated, "I want to stick my dick in a kids ass badly".

30. On October 26, 2018, IMPARATO communicated with a KIK user, hereinafter KIK USER 2. KIK USER 2 asked IMPARATO if he was a virgin, and the conversation continued as follows:

IMPARATO: I've fucked but never been fucked

KIK USER 2: Who you fuck

IMPARATO: You might think I'm a creep but a 13 yo

KIK USER 2: What

IMPARATO: I'm sorry

KIK USER 2: Your 13 and lost your virginity

IMPARATO: No I'm 18 I had sex with a 13 yo

31. A review of the Apple iPhone revealed additional KIK communications with other individuals who purported to be minors. On October 21, 2018, IMPARATO communicated with a purported 14 year old boy from Australia, hereinafter referred to as KIK MINOR 1. IMPARATO and KIK MINOR 1 agreed to trade images of their penises. KIK MINOR 1 sent two images of an erect penis to IMPARATO.

32. IMPARATO communicated with a purported 15 year old boy on KIK, hereinafter referred to as KIK MINOR 2. On October 21, 2018, KIK MINOR 2 offered to sell IMPARATO a link containing 100 videos of "young boys having sex", and he clarified that the children were between 6 and 16 years old. IMPARATO and KIK MINOR 2 agreed on a price, and KIK MINOR

2 provided IMPARATO with his Paypal information. IMPARATO related that he sent the payment, and KIK MINOR 2 sent a Mega.nz link to IMPARATO. KIK MINOR 2 indicated that he had another link he could sell, and IMPARATO and KIK MINOR 2 settled on a price. KIK MINOR 2 provided IMPARATO with the username and password for a Dropbox account so IMPARATO could access the account and download the child pornography. Later in the conversation, IMPARATO asked KIK MINOR 2 what type of pornography he was into. KIK MINOR 2 stated "teen", and asked "and you". IMPARATO responded, "Children", and he went on to say he liked it because "Kids look cute".

33. On February 5, 2019, IMPARATO initiated communication on KIK with a purported 13 year old by, hereinafter KIK MINOR 3, and on February 7, 2019, KIK MINOR 3 responded back to IMPARATO. On February 10, 2019, the conversation continued as follows:

IMPARATO: By the way how old are you

KIK MINOR 3: 13 wbu

IMPARATO: 19 hope that's okay

KIK MINOR 3: Fine with me

KIK MINOR 3: U a virgin?

IMPARATO: Cool

IMPARATO: Yes

KIK MINOR 3: Nice nice

IMPARATO: Hbu

KIK MINOR 3: No

KIK MINOR 3: I lost it @9

17

IMPARATO: Ok well I mean I've given and received a blow job. And slightly penetrated someone. But that's about it. That's why I say I'm a virgin

34. IMPARATO asked KIK MINOR 3 about his sexual experiences, and they continued to discuss that topic. KIK MINOR 3 asked IMPARATO, "U like little girls ?", and the conversation continued below:

IMPARATO: How young? And you don't think I'm a creep right

KIK MINOR 3: Nope

KIK MINOR 3: Choose a age

IMPARATO: 10-13

KIK MINOR 3: Nice

KIK MINOR 3: Wanna see my cousin

KIK MINOR 3: She's 11?

IMPARATO: Sure

KIK MINOR 3: [Sent an image depicting the exposed breast of a prepubescent female]

KIK MINOR 3: [Sent an image depicting the exposed breast of the same prepubescent female]

IMPARATO: Nice

35. On February 11, 2019, IMPARATO initiated a Kik conversation with Kik user "trinity sherma", hereinafter referred to as "KIK USER 3". The conversation continued below:

IMPARATO: Hi

KIK USER 3: Hey got links

IMPARATO: I would have to make some. But what exactly are you looking for

KIK USER 3: Very young

IMPARATO: Girls?

KIK USER 3: Yes please

IMPARATO: So I only have one longer video at the moment. Which has girls as well as a boy. I send it as a link if you want and get for videos for you

IMPARATO: Do you still want it

IMPARATO: [Dropbox.com link redacted]

IMPARATO: It's a Dropbox link hope that's ok

36. On February 25, 2019, law enforcement downloaded from the redacted Dropbox link IMPARATO distributed. The Dropbox link contained one video titled "Video July 21, 12 41 52 PM.mp4". The video was approximately 1 hour and 3 minutes in length. The video began with a completely nude prepubescent boy and a prepubescent girl. The prepubescent girl performed oral sex on the boy, and eventually the boy's penis penetrated the girl's vagina. At approximately 7:50 [mm:ss] into the video, a second nude prepubescent female entered the view of the camera and initiated oral sex on the boy, and eventually the boy's penis penetrated the second girl's vagina. At approximately 12:23 [mm:ss] into the video, a third nude prepubescent female entered the view of the camera and initiated oral sex on the boy. The nude prepubescent girls took turns performing sex acts on the boy and with each other. At approximately 42:32 [mm:ss] into the video, the boy began to cry, and there was a break in camera footage. The boy still appeared upset, and his eyes were red. At approximately 55:23 [mm:ss] into the video, the boy's penis penetrated the anus of one of the prepubescent females. At approximately 59:29 [mm:ss] into the video, the boy began penetrating the first nude prepubescent girl's vagina and then anus. This continued until the conclusion of the video.

## CONCLUSION

37. For the foregoing reasons, I submit to the Court that probable cause exists to believe that DREW IMPARATO has knowingly travelled interstate with the intent to engage in illicit sexual conduct, specifically oral and anal sex with a 13 year old child, in violation of 18 U.S.C. § 2423(b).

Respectfully submitted,

_____
Laura R. Calvillo, Special Agent
Federal Bureau of Investigation

SUBSCRIBED TO AND SWORN TO
BEFORE ME THIS 21st DAY
OF MARCH 2019.

_____/s/_____
Michael S. Nachmanoff
United States Magistrate Judge

The Honorable Michael S. Nachmanoff
United States Magistrate Judge
Alexandria, Virginia