# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☒ Under Seal

| | | | |
|---|---|---|---|
| City: | Arlington | Superseding Indictment: | |
| County: | Arlington | Same Defendant: | |
| | | Magistrate Judge Case No.: 1:19-MJ-135 | |
| | | Search Warrant Case No.: | |

Judge Assigned: Nachmanoff
Criminal No.:
New Defendant: X
Arraignment Date:
R. 20/R. 40 From:

## Defendant Information:

- **Defendant Name:** Drew Collin IMPARATO
- **Alias(es):**
- ☐ Juvenile  **FBI No.:**
- **Address:** 1405 Delafield Place, N.W., Washington, D.C. 20011
- **Employment:**
- **Birth Date:** XX/XX/1999  **SSN:** XXX-XX-8083  **Sex:** Male  **Race:**  **Nationality:** United States
- **Place of Birth:**  **Height:**  **Weight:**  **Hair:**  **Eyes:**  **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**  **Auto Description:**

## Location/Status:

- **Arrest Date:**  ☐ Already in Federal Custody as of: ___ in: ___
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☒ Not in Custody
- ☒ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Bruce A. Johnson  ☐ Court Appointed  **Counsel Conflicts:**
- **Address:** 801 N. Quincy Street, Suite 300, Arlington, VA 22203  ☒ Retained
- **Phone:** (703) 235-3810  ☐ Public Defender  ☐ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Whitney D. Russell  **Phone:** 703 299-3700  **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

Special Agent Laura Calvillo, FBI

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 18 U.S.C. § 2423(b) | Knowingly Travel Interstate with In[t] | 1 | Felony |
| Set 2: | | | | |

**Date:** March 20, 2019  **AUSA Signature:** [signature]