# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

F I L E D
MAR 2 2 2019
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:19-MJ-135 |
| DREW COLLIN IMPARATO | ) | |
| | ) | **UNDER SEAL** |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* __DREW COLLIN IMPARATO__,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly Traveled Interstate with the Intent to Engage in Illicit Sexual Conduct, Specifically Oral and Anal Sex with a Thirteen (13) Year Old Child, in Violation of 18 U.S.C. § 2423(b)

Date: 3/21/19

City and state: Alexandria, VA

/s/
Michael S. Nachmanoff
United States Magistrate Judge
*Issuing officer's signature*

*Printed name and title*

---

### Return

This warrant was received on *(date)* 03/21/2019, and the person was arrested on *(date)* 03/22/2019
at *(city and state)* Washington DC.

Date: 03/22/2019

*Arresting officer's signature*

Christopher Ford Special Agent
*Printed name and title*