# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

UNITED STATES

vs.

DEFENDANT(S): Drew Collin Imparato

JUDGE: MICHAEL S. NACHMANOFF
CASE NO.: 19mj135
HEARING: RS
DATE: 3/22/19
TIME: 2pm
REPORTER: FTR GOLD SYSTEM
CLERK: CHRISTINA MARQUEZ

COUNSEL FOR UNITED STATES: Whitney Russell
COUNSEL FOR DEFENDANT: Bruce Johnson
INTERPRETER: _____ LANGUAGE: _____

(X) DEFT. APPEARED ( ) THROUGH COUNSEL ( ) FAILED TO APPEAR ( ) WARRANT TO BE ISSUED

(X) RULE 5 ADVISEMENT
( ) COURT TO APPOINT COUNSEL
( ) DEFT. TO RETAIN COUNSEL
( ) CONTACT PREVIOUS COUNSEL & REAPPOINT
( ) PRELIMINARY EXAMINATION WAIVED
( ) COURT FINDS PROBABLE CAUSE
( ) GOVT NOT SEEKING DETENTION
( ) U.S. REQUESTS DETENTION ( ) GRANTED ( ) DENIED
( ) DEFT PLACED ON PR BOND WITH CONDITIONS
(X) DEFT (X) REMANDED

( ) DEFT. ADMITS ( ) DENIES VIOLATION
( ) COURT FINDS DEFT. IN VIOLATION
( ) DEFT CONTINUED ON PROBATION

( ) DEFT CONTINUED ON BOND

**CONDITIONS OF RELEASE:**
($ ) UNSECURED ($ ) SECURED ( ) PTS ( ) 3RD PARTY ( ) TRAVEL RESTRICTED
( ) APPROVED RESIDENCE ( ) SATT ( ) PAY COSTS ( ) ELECTRONIC MONITORING
( ) MENTAL HEALTH TEST/TREAT ( ) ROL ( ) NOT DRIVE ( ) FIREARM ( ) PASSPORT
( ) AVOID CONTACT ( ) ALCOHOL & DRUG USE ( ) EMPLOYMENT

**MINUTES:**

( ) GOVT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

( ) DEFT ADDUCED EVIDENCE & RESTS ( ) EXHIBITS: _____

Written waiver of speedy trial to be filed

( ) GOVT. ( ) DEFT. ( ) JOINT MOTION TO CONTINUE ( ) GRANTED ( ) DENIED

NEXT APPEARANCE: 4/1/19 AT 2:00 AM OR (PM)
(X) DH ( ) PH ( ) STATUS ( ) TRIAL ( ) JURY ( ) PLEA ( ) SENT ( ) PBV ( ) SRV ( ) VCR ( ) RS
( ) ARRAIGN ( ) IDENTITY (X) OTHER JUDGE TCB

( ) MATTER CONTINUED FOR FURTHER PROCEEDINGS BEFORE THE GRAND JURY

( ) RELEASE ORDER GIVEN TO USMS