IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria, Virginia
Criminal Division

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| v. | ) Case No. 1:19 MJ 135 |
| | ) |
| DREW IMPARATO | ) |

## ENTRY OF APPEARANCE

Please enter the appearance of Bruce A. Johnson, Jr., Esquire, a member of the bar of this Court, on behalf of Defendant, Drew Imparato.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

_____/s/_____
Bruce A. Johnson, Jr., Esq. (#36910)
4301 Northview Drive
Bowie, Maryland 20716
bajjlaw@aol.com
(301) 860-1505

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Entry of Appearance, on behalf of Defendant, was this 22nd day of March 2019 delivered to Assistant United States Attorney, Whitney Russell, Esq., U.S. Attorney's Office, Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, Virginia 22314, via electronic filing and email.

_____/s/_____
Bruce A. Johnson, Jr.