# IN THE DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria, Virginia
### Criminal Division

| | |
|---|---|
| UNITED STATES )<br>)<br>)<br>)<br>v. )<br>)<br>)<br>)<br>DREW IMPARATO ) | Case No. 1:19 MJ 135 |

### PRAECIPE WAIVING SPEEDY TRIAL FOR THE PERIOD OF MARCH 25, 2019 TO MARCH 29, 2019 FOR PURPOSES OF SCHEDULING A PRELIMINARY HEARING ON APRIL 1, 2019 AT 2:00 P.M

COMES NOW, Defendant, Drew Imparato, by and through his attorney, Bruce A. Johnson, Jr., and the Law Offices of Bruce A. Johnson, Jr., LLC, and hereby submits that Drew Imparato waives speedy trial for the period of March 25, 2019 to March 29, 2019. In support thereof, Defendant avers as follows:

1. Mr. Imparato is charged with knowingly travelling interstate with the intention to engage in illicit sexual conduct with a thirteen (13) year old child.

2. An arraignment was held on March 22, 2019.

3. Counsel moves this Honorable Court to waive speedy trial for the period of March 25, 2019 to March 29, 2019 for the purpose of scheduling a preliminary hearing on April 1, 2019 at 2:00 p.m.

4. Counsel believes it is in the best interest that Mr. Imparato have additional time to obtain and present more information on his case.

5. Mr. Imparato understands that the period of March 25, 2019 to March 29, 2019 will not be counted in any calculation as to whether his speedy trial rights were violated. He further agrees to extend the preliminary hearing past next week.

WHERFORE, Defendant, Drew Imparato, prays that this Honorable Court will waive speedy trial for the period of March 25, 2019 to March 29, 2019 and schedule a preliminary hearing for April 1, 2019 at 2:00 p.m.

Respectfully submitted,

BRUCE A. JOHNSON JR., LLC

/s/
Bruce A. Johnson, Jr., Esq. (#36910)
4301 Northview Drive
Bowie, Maryland 20716
bajjlaw@aol.com
(301) 860-1505

Drew Imparato

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Praecipe Waiving Speedy Trial for the Period of March 25, 2019 to March 29, 2019, on behalf of Defendant, was this 22nd day of March 2019 delivered to Assistant United States Attorney, Whitney Russell, Esq., U.S. Attorney's Office, Eastern District of Virginia, 2100 Jamieson Avenue, Alexandria, Virginia 22314, via electronic filing and email.

/s/
Bruce A. Johnson, Jr.