THE DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA
Criminal Division

| | |
|---|---|
| UNITED STATES | ) |
| | ) |
| | ) |
| v. | ) Case No.: 1:19 MJ 135 |
| | ) |
| DREW IMPARATO | ) |
| | ) |

### ORDER

UPON CONSIDERATION of Petitioner's Motion to Revoke Magistrate's Order, it is this 12th day of April 2019,

ORDERED, that Defendant's Motion to Revoke Magistrate's Order of Detention and Request for a Hearing is GRANTED; and it is further,

ORDERED, that the hearing shall be scheduled for Wednesday April 17 at 2:00pm.

/s/
Leonie M. Brinkema
United States District Judge

Copies to:

Bruce A. Johnson, Jr., Esquire
4301 Northview Drive
Bowie, Maryland 20716

Office of the United States Attorney
2100 Jamieson Ave.
Alexandria, VA 22314

4