IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-mj-135 (TCB/LMB) |
| ) | |
| DREW COLLIN IMPARATO, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, defendant's Motion to Revoke Magistrate's Order of Detention and Request for a Hearing [Dkt. No. 17] is GRANTED, and it is hereby

ORDERED that the Order of Detention Pending Trial [Dkt. No. 15] be and is VACATED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 18 day of April, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge