# UNITED STATES DISTRICT COURT CRIMINAL MINUTES

| | | |
|---|---|---|
| Date: 06/10/19 | Judge: Brinkema | Reporter: A. Thomson |
| Time: 9:31am - 9:52am | | Interpreter: |
| | | Language: |
| | | **Probation Email**: |
| | | **Jury Email**: |
| | | Pretrial ofc present |

### UNITED STATES OF AMERICA
v.

DREW COLLIN IMPARATO         1:19cr173
Defendant's Name               Case Number

Bruce Johnson                  Whitney Russell/Bill Clayman
**Counsel for Defendant:**     **Counsel for Government**

**Matter called for:**
[ ] Arraignment   [X] Pre-Indictment Plea   [ ] Change of Plea   [ ] Motions
[ ] Sentencing    [ ] Revocation Hearing    [ ] Docket Call      [ ] Appeal (USMC)
[ ] Other _____

Deft appeared: [x] in person   [ ] failed to appear   [x] with Counsel   [ ] without Counsel   [ ] through Counsel

**Filed in open court:**
[ ] Information   [ ] Plea Agreement   [ ] Statement of Facts   [ ] Waiver of Indictment   [ ] Discovery Order

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG   [ ] PNG   **Trial by Jury:** [ ] Demanded   [ ] Waived
[ ] Days to file Motions with Argument on _____ at _____
[ ] Deft entered Plea of Guilty as to Count(s) ____ of the [ ] Indictment -- [ ] Criminal Information
[ ] Plea accepted, **Guilty Count(s)** _____
[ ] Motion for Dismissal of Count(s) _____ by [ ] US [ ] Deft
[ ] Order entered in open court   [ ] Order to follow
[ ] Deft directed to USPO for PSI--- [ ] Deft directed to cooperate with USPO for PSI
[X] Case continued to: **07/22/19** at **10:00am** for:
[ ] Jury Trial   [ ] Bench Trial   [ ] Sentencing   [x] Plea Agreement Hearing

**Rule 35:**
[ ] US Rule 35 motion for reduction of sentence: [ ] Granted   [ ] Denied
Sentence of _____ Months heretofore imposed is REDUCED to a term of _____

**Probation/Supervised Release Revocation Hearing:**
Defendant [ ] Admits   [ ] Denies violations of the conditions of probation/supervised release
Court: [ ] finds   [ ] does not find the defendant in violation of the conditions
[ ] Deft is committed to the custody of the BOP to serve a term of _____ months/days
Court is concerned about deft's mental status & understanding during plea colloquy
Court asks deft if he wants more time to go over paperwork, deft agrees more time is needed
Govt's oral request for extension of time to indict is granted; extended until 7/23/19
Deft counsel instructed to obtain proper full mental health evaluation & competency before next hearing

**Deft is:** [ ] In Custody   [ ] Summons Issued   [X] On Bond   [ ] Warrant Issued   [ ] 1st appearance

**Bond Set at**: $ _____   [ ] Unsecured   [ ] Surety   [ ] Personal Recognizance
[ ] Release Order Entered   [ ] Deft Remanded   [ ] Deft Released on Bond   [X] Deft Continued on Bond