IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | 1:19-cr-173 (LMB) |
| ) | |
| DREW IMPARATO, ) | |
| ) | |
| Defendant. ) | |

### ORDER

For the reasons stated in open court, it is hereby

ORDERED that that the plea hearing date be and is CONTINUED to Monday, July 22, 2019 at 10:00 AM; and it is further

ORDERED that in accordance with 18 U.S.C. § 3161, the time period for indicting defendant be and is EXTENDED up to and including Tuesday, July 23, 2019.

The Clerk is directed to forward copies of this Order to counsel of record and to the United States Probation Office for the Eastern District of Virginia.

Entered this 10 day of June, 2019.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge