**SENTENCING HEARING**                          Judge Leonie M. Brinkema
Date: __10/04/19__                              Reporter: __A. Thomson__
Start: __10:39am__  End: __11:04am__

**UNITED STATES of AMERICA**      CASE NUMBER: __1:19cr173__
Vs.

__DREW COLLIN IMPARATO__
            William Clayman
Counsel/Govt.: __Whitney Russell__    Counsel/Deft.: __Bruce Johnson__
Court adopts PSI [ ] without exceptions [ ] with the following exceptions:_____

**SENTENCING GUIDELINES:**            Upon Motion of [ ] Deft [ ] Govt
Offense Level: __40__                 Court depart from G/L pursuant to:
Criminal History: __I__               [ ] USSG 5K1.1
Imprisonment Range: __292__ to __365__ months   [ ] USSG 5C1.2
Supervised Release Range: __5__ years to Life   [ ] USSG 5K2.12
Restitution: $_____          [ ] USSG 5H1.4
Fine Range: $__50,000.00__ to $__250,000.00__   [ ] _____
Special Assessment: $__5,100.00__ Ct 1; $35,000.00 Ct 2

**JUDGMENT of the COURT:**
BOP for __60__ months, each month, concurrent; with credit for time served
Supervised Release for __25__ Years-each count; concurrent
Supervised Probation for _____ Years
Restitution: $ _____ payable to _____
Fine: $ _____ [ ] Due Immediately [ ] Monthly payments of $_____
to begin _____ days from imposition of sentence/release
Special Assessment: $__10,200.00__ [ ] Satisfied [x] Due immediately
Fine/Costs Waived [x] Interest Waived [ ]

**SPECIAL CONDITIONS:**
___ Home Confinement for the first _____ days/months of supervision, at the deft=s expense, w/leave as directed by Court.
___ Deft. to remain drug free, In/Out patient treatment as directed.
   ___ Deft to pay costs as able    ___ Deft to waive privacy
___ Deft. to participate in _____ counseling as directed.
   ___ Deft to pay costs as able    ___ Deft to waive privacy
___ Pay Restitution of $ _____,[ ] Due Immediately [ ] Monthly payments of $_____to begin _____ days from release from custody.
___ Access to all financial information/records
___ No New Credit/No Purchases over $_____ without prior approval.
___ Cooperate fully w/BICE, may not re-enter w/o permission during S/R.
___ Seek and maintain full time employment   ___ Full-time education program
___ Drug Testing Waived
___ Other: _____

**RECOMMENDATION TO BOP:**

_x_ Deft. to be designated to a Facility in Skills Progam at FCI Danbury, CT.

_x_ Residential Drug Abuse Treatment Program (RDAP)

___ Other: _____.

Defendant: [x] Remanded [ ] Self Surrender/Bond cont.

__Forfeiture order entered 07/22/19__

__Restitution to be determined within 90 days__

* Under seal attachments to memorandum shall be attached to presentence report