IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | 1:19-cr-173 (LMB) |
| ) | |
| DREW COLLIN IMPARATO,  ) | |
| ) | |
| Defendant.       ) | |

ORDER

On June 18, 2020, defendant Drew Imparato ("defendant" or "Imparato") through counsel filed a Motion for Compassionate Release ("Motion") under 18 U.S.C. § 3582(c)(1)(A) in which he seeks release due to concerns about the coronavirus. Imparato is 20 years old and suffers from neurofibromatosis, a genetic disorder which causes tumors to grow on nerve tissue. The government opposes the Motion. For the reasons the follow, the Motion will be denied.

A prisoner is only permitted to file a motion under 18 U.S.C. § 3582(c)(1)(A)(i) in federal court after he has "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." Id. Imparato has not filed such a request,[1] but asserts that "exhaustion would be futile" because "it is not likely" that the Bureau of Prisons would grant his request "[d]ue to the large number" of requests currently under consideration. [Dkt. 71]. This assertion is insufficient to establish

---

[1] On May 31, 2020, Imparato through counsel filed a request with the warden as his facility, Federal Correctional Institution Fort Dix, to be transferred to home confinement, and on June 14, 2020, that request was denied; however, that request was distinct from a request that the warden file a motion for compassionate release on his behalf, and was denied solely because his convictions rendered him "ineligible for consideration for home confinement." [See Dkt. 68-5, 70-2].

grounds for waiver of the administrative exhaustion requirement. See, e.g., United States v. Moten, Case No. 1:19-cr-325, Dkt. 37; United States v. Delgado, Case No. 1:19-cr-229, Dkt. 40. Accordingly, it is hereby

ORDERED that Imparato's Motion [Dkt. 68] be and is DENIED WITHOUT PREJUDICE to his re-filing if he is able to establish administrative exhaustion of his request.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 6th day of July, 2020.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge